Marc Kieselstein, P.C. (admitted *pro hac vice*)
Adam C. Paul (admitted *pro hac vice*)
Scott R. Zemnick (admitted *pro hac vice*)
Jeffrey W. Gettleman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Counsel for the Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 08-10375 (JMP) |
| DJK Residential LLC, et al., | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |

### DEBTORS' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL RELATING TO APPEAL OF TRIPLE NET INVESTMENTS IX, LP OF FINAL ORDER UNDER 11 U.S.C. §§ 105, 361, 362, 363(C), 364(C)(2), 364(C)(3), 364(D)(1), AND 364(E) AND FED. R. BANKR. P. 2002, 4001, AND 9014 (I) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING, (II) AUTHORIZING DEBTORS TO USE CASH COLLATERAL, AND (III) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES

The above-captioned debtors (collectively, the "Debtors"), pursuant to Bankruptcy Rule 8006, hereby file this designation (the "Counterdesignation") of additional items to be included in the record on appeal relating to the Designation of Record and Statement of Issues for the appeal of Triple Net Investments IX, LP of Final Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and Fed. R. Bankr. P. 2002, 4001, and 9014 (I) Authorizing Debtors to Obtain Post-Petition Financing, (II) Authorizing Debtors to Use Cash Collateral, and (III) Granting Adequate Protection to Prepetition Secured Parties [Docket No. 314] (the "Designation").[1]

---

[1] Any terms not defined herein have the meaning ascribed to them in the Designation.

**A.      Debtors Designation of Additional Items**

      1.      Pursuant to Bankruptcy Rule 8006, the Debtors designate the following additional items to be included in the record on appeal herein.  These additional items were not included in the Designation.

| Docket No. | Item |
| --- | --- |
| N/A | Notice of Agenda of Matters Scheduled for Hearing on February 5, 2008 at 10:00 A.M. (ET) (attached hereto as <u>Exhibit A</u>). |
| 34 | Declaration of Jeffrey Stegenga, Managing Director of Alvarez and Marsal, in Support of DIP Financing Motion |
| 64 | Notice of Hearing and Filing of Motion of the Debtors for an Order (A) Authorizing Debtors to Obtain Postpetition Secured Financing and Utilize Cash Collateral; (B) Granting Adequate Protection to Prepetition Secured Lenders; and (C) Scheduling Final Hearing |
| 82 | Affidavit of Service of Alison M. Tearnen re Final and Interim Orders on Various First Day Motions and Related Documents |
| 132 | Notice of Agenda of Matters Scheduled for Hearing on February 25, 2008 at 10:00 A.M. (ET) |
| 146 | Affidavit of Service of Alison M. Tearnen re (1) Debtors' Objection to the Motion to Reconsider or Vacate Order Authorizing Payment of Certain Prepetition Unsecured Claims; (2) Debtors' Emergency Motion to Amend the Interim Order (A) Authorizing Debtors to Obtain Postpetition Secured Financing and Utilize Cash Collateral; (B) Granting Adequate Protection to Prepetition Secured Lenders; and (C) Scheduling Final Hearing; (3) Notice of Agenda of Matters Scheduled for Hearing on February 25, 2008 at 10:00 A.M. (ET) |
| 166 | Reply of the Debtors to Triple Net's Objection and Request for Reconsideration of Interim Relief Already Granted for the DIP Motion |
| 167 | Notice of Agenda of Matters Scheduled for Hearing on February 28, 2008 at 10:00 a.m. (ET) |
| 184 | Affidavit of Service of Alison M. Tearnen re various documents served February 26, 2008 |
| 189 | Affidavit of Service of Alison M. Tearnen re (1) Reply of the Debtors to Triple Net's Objection and Request for Reconsideration of Interim Relief Already Granted for the DIP Motion and (2) Notice of Agenda of Matters Scheduled for Hearing on February 28, 2008 at 10:00 a.m. (ET) |

K&E 12604024.1

| 203 | Affidavit of Service of Alison M. Tearnen re (1) Notice of (A) Notification Procedures Applicable to Substantial Holders and 50% Holders of Equity Securities, (B) Notification and Hearing Procedures for Trading In Equity Securities, and (C) Notification and Hearing Procedures for Claiming Worthlessness Deductions With Respect To Equity Securities and (2) Final Order Under 11 U.S.C. Sections 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing, (II) Authorizing Debtors to Use Cash Collateral, and (III) Granting Adequate Protection to Prepetition Secured Parties |

**B.     Preservation of the Debtors' Rights to Respond on the Merits**

2.     By designating additional items to be included in the record on appeal herein, the Debtors do not waive, and expressly preserve, all their rights to fully respond to the underlying appeal, including their right to move the Court to dismiss the appeal on the merits.

Respectfully submitted,

Dated:  March 24, 2008
New York, New York

*/s/ Marc Kieselstein, P.C.*

Marc Kieselstein, P.C. (admitted *pro hac vice*)
Adam C. Paul (admitted *pro hac vice*)
Scott R. Zemnick (admitted *pro hac vice*)
Jeffrey W. Gettleman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

Counsel for the Debtors and Debtors in Possession

K&E 12604024.1

# EXHIBIT A

K&E 12604024.1

Richard M. Cieri (RC 6062)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

and

Marc Kieselstein, P.C. (*pro hac vice* pending)
Adam C. Paul (*pro hac vice* pending)
Scott R. Zemnick (*pro hac vice* pending)
Jeffrey Gettleman (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

Proposed Counsel for the Debtors and Debtors in
Possession

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 08-10375 (JMP) |
| DJK Residential LLC, et al.,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |

## AGENDA FOR FEBRUARY 5, 2008 HEARING

Time and Date of Hearing:       **February 5, 2008** at **4:00 p.m.** (Prevailing Eastern Time)

Location of Hearing:            Judge Peck, Courtroom 601, United States Bankruptcy Court
                                for the Southern District of New York, Alexander Hamilton

---

[1]   The Debtors in these cases include:  DJK Residential LLC; A Five Star Forwarding, Inc.; A Relocation Solutions Management Company; A Three Rivers Forwarding, Inc.; A.V.L. Transportation, Inc.; Alaska USA Van Lines, Inc.; Allied Alliance Forwarding, Inc.; Allied Continental Forwarding, Inc.; Allied Domestic Forwarding, Inc.; Allied Freight Forwarding, Inc.; Allied Intermodal Forwarding, Inc.; Allied International, N.A. Inc.; Allied Interstate Transportation, Inc.; Allied Transcontinental Forwarding, Inc.; Allied Transportation Forwarding, Inc.; Allied Van Lines Terminal Company; Allied Van Lines, Inc.; Allied Van Lines, Inc. of Indiana; Americas Quality Van Lines, Inc.; Anaheim Moving Systems, Inc.; Cartwright Moving & Storage Co., Inc.; Cartwright Van Lines, Inc.; City Storage & Transfer, Inc.; CMS Holding, LLC; Executive Relocation Corporation; Federal Traffic Service, Inc.; Fleet Insurance Management, Inc.; FrontRunner Worldwide, Inc.; Global Van Lines, Inc.; Global Worldwide, Inc.; Great Falls North American, Inc.; Lyon Van Lines, Inc.; Lyon Worldwide Shipping, Inc.; Manufacturing Support Services, LLC; Meridian Mobility Resources, Inc.; Move Management Services, Inc.; NA (UK) GP Corporation; NACAL, Inc.;  NAVL LLC; NorAm Forwarding, Inc.; North American Forwarding, Inc.; North American International Holding Corporation; North American International N.A., Inc.; North American Logistics, Ltd.; North American Van Lines of Texas, Inc.; North American Van Lines, Inc.; Relocation Risk Solutions, LLC; RS Acquisition Holding, LLC; RS Acquisition, LLC; SIRVA Container Lines, Inc.; SIRVA Freight Forwarding, Inc.; SIRVA Global Relocation, Inc.; SIRVA Imaging Solutions, Inc.; SIRVA MLS, Inc.; SIRVA Relocation LLC; SIRVA Settlement of Alabama, LLC; SIRVA Settlement, Inc.; SIRVA Worldwide, Inc.; SIRVA, Inc.; Trident Transport International, Inc.

Custom House, One Bowling Green, New York, New York 10004-1408

Copies of Motions:       A copy of each pleading can be viewed on the Court's website at www.ecf.nysb.uscourts.gov and at the website of the notice and claims agent at www.kccllc.net/sirva

## I.    Introduction and Request for First Day Hearing

1.    **"Pro Hac Vice" -** Motions for Marc Kieselstein, Adam Paul, Mark McKane, Scott Zemnick, and Jeffrey Gettleman

**Status:**       Hearing on this matter will proceed as scheduled.

*       **Introductory Presentation.**

2.    **"First Day Affidavit" -** Affidavit of Douglas V. Gathany, Senior Vice President, Treasurer & Investor Relations Of DJK Residential LLC, In Support Of First Day Motions And Pursuant To Local Bankruptcy Rule 1007 2

**Status:**       Hearing on this matter will proceed as scheduled.

3.    **"Stegenga Affidavit" -** Affidavit In Support Of The Motion Of The Debtors For Entry Of An Order Authorizing The  Employment Of Alvarez & Marsal As Restructuring Consultants For The Debtors

**Status:**       Hearing on this matter will proceed as scheduled.

## II.    First Day Matters

A.    Motions Regarding Administration and Procedural Matters

1.    **"Joint Administration"** - Motion Of The Debtors For An Order Directing Joint Administration Of Their Related Chapter 11 Cases

**Status:**       Hearing on this matter will proceed as scheduled.

2.    **"Consolidated List of Creditors and Mail Notices"** - Motion Of The Debtors For Authority To (A) Prepare A List Of Creditors In Lieu Of Submitting A Formatted Mailing Matrix, (B) File A Consolidated List Of The Debtors' Thirty Largest Unsecured Creditors, And (C) Mail Initial Notice

**Status:**       Hearing on this matter will proceed as scheduled.

3.    **"Establish Case Management Procedures"** - Motion Of The Debtors For An Order Establishing Certain Notice, Case Management, And Administrative Procedures

K&E 12409576.

**Status:**       Hearing is adjourned to Confirmation Hearing

4.    **"Interim Compensation"** - Motion Of Debtors For An Order Under 11 U.S.C. §§ 105(A) And 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals

**Status:**       Hearing is adjourned to Confirmation Hearing

B.    <u>Motions Regarding Professional Retention</u>

1.    **"K&E Retention Motion"** - Application Of The Debtors For An Order Authorizing The Employment And Retention Of Kirkland & Ellis LLP As Attorneys For The Debtors And Debtors In Possession *Nunc Pro Tunc* To The Petition Date

**Status:**       Hearing is adjourned to Final Hearing on Debtor in Possession Financing

2.     **"A&M Retention Motion"** - Application Of The Debtors For Entry Of An Order Pursuant To 11 U.S.C. §§ 363 And 105 (A) Authorizing The Interim Employment And Retention Of Alvarez & Marsal North America, LLC As Restructuring Consultant To The Debtors And (B) Scheduling A Final Hearing

**Status:**       Hearing is adjourned to Final Hearing on Debtor in Possession Financing

3.    **"Togut & Segal Retention Motion"** - Application For An Order Under 11 U.S.C. §§ 327(a) and Fed. R. Bankr. P. 2014(a) Authorizing The Employment And Retention Of Togut Segal & Segal LLP As Conflicts Counsel For The Debtors

**Status**:       Hearing is adjourned to Final Hearing on Debtor in Possession Financing

4.    **"KCC Retention Application"** - Application For Entry Of An Order Pursuant To 28 U.S.C. § 156(C) And Local Rule 5075-1 Of The Local Bankruptcy Rules For The Southern District Of New York Authorizing And Approving The Retention Of Kurtzman Carson Consultants LLC As Notice, Claims And Balloting Agent To The Debtors

**Status:**       Hearing on this matter will proceed as scheduled.

5.    **"Ordinary Course Professionals"** - Motion Of The Debtors For An Order Authorizing The Retention And Compensation Of Certain Professionals Utilized In The Ordinary Course Of Business

**Status:**       Hearing on this matter will proceed as scheduled.

3

C.    Motions Regarding Business Operations

    1.    **"Continue Cash Management**" - Motion Of The Debtors For An Order (A) Authorizing The Debtors To Continue Using Their Existing Cash Management System, Bank Accounts And Business Forms, (B) Granting Postpetition Intercompany Claims Administrative Expense Priority, And (C) Authorizing Continued Intercompany Transactions

    **Status:**        Hearing on this matter will proceed as scheduled.

    2.    **"Wages and Benefits"** - Motion Of The Debtors For An Order (A) Authorizing, But Not Directing, The Debtors To Pay Certain Prepetition (I) Wages, Salaries, Bonuses, And Other Compensation, (II) Reimbursable Employee Expenses, And (III) Employee Medical And Similar Benefits And (B) Authorizing And Directing Banks And Other Financial Institutions To Honor All Related Checks And Electronic Payment Requests

    **Status:**        Hearing on this matter will proceed as scheduled.

    3.    **"Pay Unimpaired Claims"** - Motion Of The Debtors For An Order Authorizing Payment Of Prepetition Unimpaired Claims In The Ordinary Course Of Business

    **Status:**        Hearing on this matter will proceed as scheduled.

    4.    **"Continue Customer Programs"** - Motion Of The Debtors For Entry Of An Order Authorizing But Not Directing The Debtors To Honor Certain Prepetition Obligations To Customers And To Otherwise Continue Certain Customer Programs And Practices In The Ordinary Course Of Business[*]

    **Status:**        Hearing on this matter will proceed as scheduled.

    5.    **"Critical Vendors/Transportation Expenses" -** Motion Of The Debtors For An Order Authorizing, But Not Directing, The Debtors To Pay Prepetition Transportation Expenses And Directing Banks And Other Financial Institutions To Honor Related Checks And Electronic Payment Requests[*]

    **Status:**        Hearing on this matter will proceed as scheduled.

    6.    **"Pay Foreign Vendors" -** Motion Of The Debtors For An Order Authorizing Payment Of Prepetition Claims Of Certain Foreign Vendors[*]

---

[*]    Mooted if Motion to pay unimpaired claims in the ordinary course of business is granted.

[*]    Mooted if Motion to pay unimpaired claims in the ordinary course of business is granted.

K&E 12409576.

**Status:**  Hearing on this matter will proceed as scheduled.

7. **"Authorize Tax Payments"** - Motion Of The Debtors For An Order (A) Authorizing, But Not Directing, The Debtors To Remit And Pay Certain Taxes And Fees And (B) Authorizing And Directing Banks And Other Financial Institutions To Honor Related Checks And Electronic Payment Request*

**Status:**  Hearing on this matter will proceed as scheduled.

8. **"Insurance Premium Financing"** - Motion Of The Debtors For An Order Authorizing The Debtors To (A) Continue Insurance Coverage Entered Into Prepetition, (B) Enter Into New Insurance Policies, (C) Maintain Postpetition Financing Of Insurance Premiums, And (D) Enter Into New Postpetition Financing Agreements

**Status:**  Hearing on this matter will proceed as scheduled.

9. **"Establish Adequate Assurance for Utilities"** - Motion Of The Debtors For Entry Of Interim And Final Orders Under 11 U.S.C. §§ 105(A) And 366 (A) Prohibiting Utilities From Discontinuing, Altering, Or Refusing Service, (B) Establishing Procedures For Determining Adequate Assurances Of Payment, And (C) Establishing Procedures For The Utilities To Opt Out Of The Debtors' Proposed Procedures For Adequate Assurance

**Status:**  Hearing on this matter will proceed as scheduled.

10. **"Net Operating Losses"** - Motion Of The Debtors For The Entry Of An Order Establishing Notification And Hearing Procedures For Transfers Of, Or Claims Of Worthlessness With Respect To, Certain Equity Securities And For Related Relief

**Status:**  Hearing on this matter will proceed as scheduled.

11. **"Reject Leases"** - Motion Of The Debtors For An Order Authorizing The Debtors To Reject Certain Unexpired Leases Of Nonresidential Real Property Effective As Of The Petition Date

**Status:**  Hearing on this matter will proceed as scheduled.

12. **"DIP"** Debtors' Motion For Interim And Final Orders (A) Authorizing Debtors To Obtain Postpetition Secured Financing And Utilize Cash Collateral; (B) Granting Adequate Protection To Prepetition Secured Lenders; And (C) Scheduling Final Hearing

**Status:**  Hearing on this matter will proceed as scheduled.

K&E 12409576.

13. **"Receivables Purchase Program" -** Motion Of The Debtors For Entry Of An Order (I) Authorizing Certain Debtors To Continue Performing Under The Receivables Purchase Program And (II) Granting Other Relief

**Status:**      Hearing on this matter will proceed as scheduled.

D.   Matters Related to the Prepackaged Plan of Reorganization[2]

1. **"Prepackaged Plan Scheduling Motion**" - Motion Of The Debtors For Entry Of An Order (A) Scheduling A Combined Hearing On The Adequacy Of The Disclosure Statement And Confirmation Of The Prepackaged Plan Of Reorganization, (B) Approving Procedures For Filing Objections Thereto, (C) Approving The Form And Manner Of Notice Of The Combined Hearing, And (D) Granting Related Relief

**Status:**      Hearing on this matter will proceed as scheduled.

---

[2]    The Prepackaged Plan of Reorganization, the Disclosure Statement and the Voting Affidavit were also filed on the Petition Date.

K&E 12409576.