UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of

DJK Residential LLC, et al.,

---

Triple Investments IX, LP,

                Appellant(s),

-against-

DJK Residential LLC,

                Appellee(s).

No. 08 Civ. 3738 (LTS)(JCF)

INITIAL CONFERENCE ORDER

---

LAURA TAYLOR SWAIN, DISTRICT JUDGE:

1. It is hereby ORDERED that the parties shall promptly provide for the Chambers of the undersigned a suitably bound hard courtesy copy of the Joint Appendix or other compilation(s) comprising the documents designated for the record on appeal, as well as courtesy copies of their briefs and other filings in connection with the appeal. It is further

2. ORDERED that a conference shall be held in the above-captioned bankruptcy appeal on **May 23, 2008 at 3:15 p.m.** in Courtroom No. 17C[1], 500 Pearl Street, New York, New York 10007. It is further

3. ORDERED that counsel[2] for the parties confer preliminarily at least ten (10) days prior to the date set forth in paragraph 1 above to discuss the following matters:

    a. Settlement;
    b. Whether mediation might facilitate resolution of the issues;
    c. A schedule for any further submissions that may be required in connection with the appeal (the briefing schedule provided for by the Federal Rules of Bankruptcy Procedure shall govern unless otherwise ordered by the Court).

---

[1] On the day of the conference, check the electronic board in the lobby to be certain of the proper courtroom.

[2] As used in this Order, the term "counsel" shall, in the case of an individual party who is proceeding Pro-se, mean such party.

       It is further

4.    ORDERED that counsel shall be prepared to discuss the foregoing at the conference. It is further

5.    ORDERED that counsel attending the conference shall seek settlement authority from their respective clients prior to such conference. If counsel is not granted such authority, the client must be present in person or available by telephone so that a settlement can be consummated if possible. "Settlement authority," as used herein, includes the power to enter into stipulations and make admissions regarding all matters that the participants may reasonably anticipate discussing at the conference.

       IT IS SO ORDERED.

Dated: New York, New York
       April 30, 2008

                                             LAURA TAYLOR SWAIN
                                             United States District Judge