# WOLFF & SAMSON PC
### COUNSELLORS AT LAW
The Offices at Crystal Lake
One Boland Drive
West Orange, New Jersey 07052
973-325-1800
TELECOPIER: 973-325-1501

NEW YORK OFFICE:
140 BROADWAY
FORTY-SIXTH FLOOR
NEW YORK, NEW YORK 10005
212-973-0572

WWW.WOLFFSAMSON.COM

WRITER'S E-MAIL:
RNeg@WolffSamson.com
WRITER'S DIRECT DIAL:
973-680-2012
WRITER'S TELECOPIER:
973-530-2212



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 21 2008

PLEASE REPLY TO WEST ORANGE

May 21, 2008

**VIA FACSIMILE (212-805-0426)**
Hon. Laura Taylor Swain, USDJ
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *In re DJK Residential LLC, et al.*
     *Civil Docket No.: 08-CV-3738-LTS*

Dear Judge Swain:

We represent the Appellant in the above-referenced appeal. A settlement/pre-trial conference is scheduled in this matter for Friday, May 23, 2008. We respectfully request, with the consent of Ashley Parrish, counsel for the Debtors/Appellee, a brief adjournment of the conference for a week or two weeks, to whichever date and time that best fits Your Honor's schedule.

We request the adjournment because the parties have reached in principle a settlement, the only contingent portion of which is the distribution to be made to Appellant under the Debtors' confirmed Plan of Reorganization. We have been advised by Debtors' counsel that the

**WOLFF & SAMSON PC**

Hon. Laura Taylor Swain, USDJ
May 21, 2008
Page 2

distribution is expected to be made by Thursday of this week. If that payment is properly made, the appeal will be dismissed and the conference rendered moot.

Thank you for Your Honor's consideration.

Respectfully,

ROBERT E. NIES

REN/mfg
cc: Ashley C. Parrish, Esq. (via e-mail)

The conference is adjourned to May 30, 2008, at 9:30 AM.

SO ORDERED.

5/21/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE