# WOLFF & SAMSON PC

COUNSELLORS AT LAW
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
TELECOPIER: 973-325-1501

NEW YORK OFFICE:
140 BROADWAY
FORTY-SIXTH FLOOR
NEW YORK, NEW YORK 10005
212-973-0572

WWW.WOLFFSAMSON.COM

WRITER'S E-MAIL:
WRITER'S DIRECT DIAL:
973-530-2106
WRITER'S TELECOPIER:

PLEASE REPLY TO WEST ORANGE



May 29, 2008

**VIA FACSIMILE (212-805-0426)**
Hon. Laura Taylor Swain, USDJ
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

  Re: *In re DJK Residential LLC, et al.*
     *Civil Docket No.: 08-CV-3738-LTS*

Dear Judge Swain:

  This firm represents the Appellant Triple Net Investments IX, LP in the above-referenced appeal. This letter serves to confirm that we have filed a Stipulation Withdrawing Appeal with regard to this matter and, therefore, the pre-argument conference scheduled for tomorrow, May 30, 2008, is no longer necessary.

Respectfully,

CARLOS G. MANALANSAN

**SO ORDERED.**

5/29/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

CGM/jb
cc: Ashley C. Parrish, Esq. (via e-mail)