

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DJK RESIDENTIAL LLC, et al.,

    Debtors.

Case No.: 08-CV-3738 (LTS)

TRIPLE NET INVESTMENTS IX, LP,

    Appellant,

v.

DJK RESIDENTIAL LLC, et al.,

    Appellees.

## STIPULATION WITHDRAWING APPEAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for all parties appearing in this action as follows:

1. The above-captioned appeal is hereby withdrawn with prejudice. *See* Bankr. Rule 8001(c); Fed. R. App. P. 42(b).

2. Each side will bear its own court costs.

3. This stipulation may be signed in multiple counterparts.

5. Facsimile or electronically reproduced signatures shall suffice in lieu of original signatures for all purposes.

1131533.1

6. This stipulation may be filed with the Court without further notice.

Respectfully submitted,

DATED: May 29, 2008
New York, NY

*[signature]*

ROBERT E. NIES
Wolff & Samson PC
140 Broadway, 46th Floor
New York, NY 10005
Telephone: (212) 973-0572
E-Mail: rnies@wolffsamson.com
Attorneys for Appellant
Triple Net Investments IX, LP

DATED: May 28, 2008
Washington, DC

*[signature]*

ASHLEY C. PARRISH
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Telephone: (202) 879-5016
E-Mail: aparrish@kirkland.com
Attorneys for Appellees
DJK Residential LLC, et al.

**FOR GOOD CAUSE, IT IS SO ORDERED**

DATED: 6/4, 2008

*[signature]*

The Honorable Laura Taylor Swain
United States District Judge

2

1137893.1
1131533.1